UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re Subpoena to*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>   *Respondent,*<br><br>   v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br><br>   *Movants.* | Civil Case No. 3:23-mc-51 |
| IEP TECHNOLOGIES, LLC,<br><br>   *Plaintiff / Counter-Defendant,*<br><br>   v.<br><br>KPM ANALYTICS, *et al.*,<br><br>   *Defendants / Counter-Claimants.* | Civil Action No.<br>1:21-cv-10417-RWZ<br>(D. Mass.) |

**EMERGENCY MOTION TO COMPEL PRODUCTION IN
RESPONSE TO FOREIGN SUBPOENA**

Pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), KPM Analytics, Incorporated and KPM Analytics North America Corporation ("KPM") hereby bring this miscellaneous action and move the Court, on an emergency basis, for an order to compel the production of documents and things from Respondent Charter Communications, Inc. ("Charter"), in response to a subpoena served in the underlying case captioned above, which required production in Hartford, Connecticut. Pursuant to D. Conn. L. Civ. R. 7(a)(6), good cause exists for the Court's consideration of this motion on an emergency basis in light of the prompt service of the subpoena at issue a mere two days after fact discovery re-opened in the underlying

litigation on April 25, 2023 and the close of fact discovery on June 30, 2023. Charter refused to produce documents in response to the subpoena, claiming that it did not constitute a "court order." That is incorrect and not a proper basis to refuse to comply. The Court should, therefore, order Charter to produce responsive documents. KPM relies on its Memorandum of Law in Support of this Motion, as well as the Declaration of Charles M. Landrum III, in further support of this Motion.

**WHEREFORE**, KPM respectfully requests that the Court enter an emergency order requiring Charter to produce all documents in Charter's possession, custody or control responsive to the subpoena (which is attached to KPM's Memorandum of Law).

Respectfully submitted,

KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,

By their attorneys,

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg (ct29518)
SHEEHAN PHINNEY BASS & GREEN, PA
28 State Street, 22nd Floor
Boston, MA 02109
(617) 897-5600
arosenberg@sheehan.com

Charles M. Landrum, III
(motion for *pro hac vice* admission to be filed)
*c.landrum@thip.law*
THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone: 770.933.9500
Facsimile: 770.951.0933

Dated: May 23, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, the foregoing document was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record. I further served the foregoing document by email on counsel to IEP Technologies, LLC, by first class mail on Charter Communications, Inc.'s registered agent, Corporation Service Company, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, Connecticut 06103, and on the following individuals per Charter Communications, Inc.'s instructions in its letter of May 8, 2023:

C-John.Koziatek@charter.com
leroc@charter.com

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg