**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| *In re Subpoena to* <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Respondent,* <br><br> v. <br><br> KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION, <br><br> *Movant.* | Miscellaneous Action No. <br><br> _____ |
| IEP TECHNOLOGIES, LLC, <br><br> *Plaintiff / Counter-Defendant,* <br><br> v. <br><br> KPM ANALYTICS, *et al.*, <br><br> *Defendants / Counter-Claimants.* | Civil Action No. <br> 1:21-cv-10417-RWZ <br> (D. Mass.) |

**EXHIBIT B**

# Charles Landrum

| | |
|---|---|
| **From:** | Koziatek, John P <C-John.Koziatek@charter.com> |
| **Sent:** | Monday, May 8, 2023 9:47 AM |
| **To:** | Charles Landrum |
| **Subject:** | Charter Legal Response-225821 |
| **Attachments:** | CHTR225821_Invoice_05082023133824.pdf; CHTR225821_Response_05082023134014.pdf; Charter Legal Process-2225821.pdf |

**Caution:** This email originated from outside our organization. Do not click links or open attachments unless you recognize the sender and know that content is safe.

Hello,

Attached you will find the Invoice and response to your subpoena.

Please note, if you intend to follow up with a Court Order or signed Authorization Form, the invoice must be paid in full before the release of the requested information. If you do not intend to follow-up with a Court Order or signed Authorization Form, please disregard the invoice.

Thank you,

John P Koziatek
Paralegal
314-394-9702
C-John.Koziatek@charter.com