## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re Subpoena to*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Respondent,*<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br><br>*Movant.* | Miscellaneous Action No.<br><br>_____ |
| IEP TECHNOLOGIES, LLC,<br><br>*Plaintiff / Counter-Defendant,*<br><br>v.<br><br>KPM ANALYTICS, *et al.*,<br><br>*Defendants / Counter-Claimants.* | Civil Action No.<br>1:21-cv-10417-RWZ<br>(D. Mass.) |

**EXHIBIT F**



May 16, 2023

John P. Koziatek, Paralegal  
CHARTER COMMUNICATIONS, INC.  
12405 Powerscourt Drive  
St. Louis, Missouri 63131

<u>Via FedEx</u>  
FedEx Tracking No.  
8163 8090 9899

Re: Subpoena to Charter Communications in *IEP Techs. v. KPM Analytics, Inc.*, Civil Action No. 1:21-cv-10417-RWZ (D. Mass); Charter Case ID: 225821

Dear Mr. Koziatek:

As a follow-up to our May 15, 2023 correspondence, enclosed please find a copy of your invoice and Check No. 61182 in the amount of $100 for Charter's expenses in providing the requested information in connection with the subpoena served on Charter Communications, Inc. in the above-referenced matter.

Please advise should you have any questions or concerns.

Sincerely,

Charles Landrum  
c.landrum@thip.law

CML/mlm

Cc: John P. Koziatek (via email as courtesy copy)

Enclosure: Check No. 61182

3200 Windy Hill Road SE, Ste. 1600E, Atlanta, GA 30339  phone: 770.933.9500  fax: 770.951.0933  www.thip.law



Charter, LEROC  
Charter/ LEROC  
12405 Powerscourt Drive  
Saint Louis, MO 63131  
Phone (314)909-0609  
LEROC@charter.com  

Internal Reference Number: 21-cv-10417-RWZ  
Invoice Number: 23-225821  
Invoice Date: May 8, 2023  

Charles Landrum  

3200 Windy Hill Road SE, Ste 1600E  
Atlanta, GA 30339  

| Job Description | | Payment Terms | | |
|---|---|---|---|---|
| Case Number | 225821 | Within 30 days | | |
| DESCRIPTION | | QUANTITY | UNIT PRICE | AMOUNT |
| NUMBER OF TARGETS PROCESSED | | 4 | 0.00 | 0.00 |
| DISTINCT IDENTIFICATIONS | | 1 | 100.00 | 100.00 |
| | | | SubTotal | $ 100.00 |
| | | | BALANCE DUE | $ 100.00 |
| This invoice is for costs incurred by Charter to process the legal process you issued in the matter referenced above. This invoice must be paid within 30 days. | | | | |

**Make all checks payable to Charter Communications Charter Tax ID#: 43-1843179**

THOMAS | HORSTEMEYER, L.L.P.     61182

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | Charter Communications | | | | |
| 05/08/2023 | Professional Services - 142103-7020 | 23-225821 | 100.00 | | 100.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | | | |
|---|---|---|---|---|---|---|
| 05/16/2023 | 61182 | Gross: | 100.00 | Ded: | 0.00 Net: | 100.00 |

---

**Thomas | Horstemeyer**
INTELLECTUAL PROPERTY ATTORNEYS
3200 WINDY HILL ROAD S.E., SUITE 1600E
ATLANTA, GA 30339-5640

FIRST HORIZON BANK
GEORGIA
84-7041/2652

61182

DATE     CHECK     AMOUNT

05/16/2023     ****$100.00

**PAY TO THE ORDER OF:**

*** ONE HUNDRED & 00/100 DOLLARS

Charter Communications
12405 Powerscourt Drive
Saint Louis MO 63131

Void after 90 days
Two Signatures required if amount exceeds $10,000

AUTHORIZED SIGNATURE

VOID