# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re Subpoena to* <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Respondent,* <br><br> v. <br><br> KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION, <br><br> *Movants.* | Civil Case No. 3:23-mc-51-SVN |
| IEP TECHNOLOGIES, LLC, <br><br> *Plaintiff / Counter-Defendant,* <br><br> v. <br><br> KPM ANALYTICS, *et al.*, <br><br> *Defendants / Counter-Claimants.* | Civil Action No. <br> 1:21-cv-10417-RWZ <br> (D. Mass.) |

**STIPULATION OF MOVANTS AND RESPONDENT REGARDING MOVANTS'
EMERGENCY MOTION TO COMPEL PRODUCTION
<u>IN RESPONSE TO FOREIGN SUBPOENA</u>**

Movants KPM Analytics, Incorporated and KPM Analytics North America Corporation (collectively, "KPM") and Respondent Charter Communications, Inc. ("Charter") hereby stipulate as follows:

1. On April 27, 2023, KPM served a document subpoena in the underlying litigation, *IEP Technologies, LLC v. KMP Analytics, Inc., et al.*, D. Mass. Civil Case No. 1:21-cv-10417-

RWZ, on Charter, requiring Charter to provide certain information concerning one or more of Charter's subscribers.

2. Charter asserts that it cannot comply with the subpoena unless and until the Court enters an Order authorizing disclosure of the responsive documents and allowing for a period of time for the relevant subscriber to object to production, pursuant to Section 631 of the Communications Act of 1934 (the "Cable Act").

3. KPM disagrees with Charter's assertion and believes that Charter was obligated to comply with the subpoena pursuant to Rule 45.

4. KPM filed this miscellaneous action on May 23, 2023, seeking to compel Charter to produce responsive documents. KPM filed the action in this district because the subpoena required Charter to produce documents in Hartford, Connecticut. *See* Fed. R. Civ. P. 45(d)(2)(B)(i).

5. KPM filed its Motion to Compel Production in Response to Foreign Subpoena on an emergency basis because discovery in the underlying litigation closes on June 30, 2023.

6. Since filing its Motion to Compel, KPM has conferred with Charter regarding its Motion to Compel and has been informed that Charter believes that the Proposed Order attached as <u>Exhibit 1</u> and the requirements it imposes on Charter are consistent with Charter's obligations under the Cable Act.

**WHEREFORE**, to avoid additional dispute and delay, KPM respectfully requests that the Court enter the Order attached as Exhibit 1 as soon as possible to facilitate Charter's production.

Respectfully submitted,

CHARTER COMMUNICATIONS, INC.

*/s/ Steven Shredl*
Steven Shredl
Manager, Legal Counsel
Charter Communications, Inc.

KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,

By their attorneys,

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg (ct29518)
SHEEHAN PHINNEY BASS & GREEN, PA
28 State Street, 22nd Floor
Boston, MA 02109
(617) 897-5600
arosenberg@sheehan.com

Charles M. Landrum, III
(motion for *pro hac vice* admission to be filed)
*c.landrum@thip.law*
THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone: 770.933.9500
Facsimile: 770.951.0933

Dated: May 25, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, the foregoing document was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record. I further served the foregoing document by email on counsel to all parties.

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg
