# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re Subpoena to*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    *Respondent,*<br><br>    *v.*<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br><br>    *Movants.* | Civil Case No. 3:23-mc-51 |
| IEP TECHNOLOGIES, LLC,<br><br>    *Plaintiff / Counter-Defendant,*<br><br>    *v.*<br><br>KPM ANALYTICS, *et al.*,<br><br>    *Defendants / Counter-Claimants.* | Civil Action No.<br>1:21-cv-10417-RWZ<br>(D. Mass.) |

### [PROPOSED] ORDER ON EMERGENCY MOTION TO COMPEL PRODUCTION IN RESPONSE TO FOREIGN SUBPOENA

Pursuant to the stipulation filed by Movants KPM Analytics, Incorporated and KPM Analytics North America Corporation (collectively, "KPM") and Respondent Charter Communications, Inc. ("Charter") in response to KPM's Emergency Motion to Compel Production in Response to Foreign Subpoena, the Court ORDERS as follows:

1.  Charter shall produce all responsive documents in its possession, custody, or control in accordance with the terms of this Order.

2. Within two (2) days of this Order, Charter shall notify any subscriber(s) whose information is subject to the subpoena served by KPM on Charter in *IEP Technologies, LLC v. KMP Analytics, Inc., et al.*, D. Mass. Civil Case No. 1:21-cv-10417-RWZ, that this Order has been entered, requiring production of such subscriber(s) information. Charter shall notify KPM when it makes such notification to its subscriber(s).

3. Any such subscriber(s) shall have fourteen (14) days from the day Charter makes such notification to file an objection to production with the Court.

4. If no objection is filed with the Court by a subscriber pursuant to this Order within the objection period described by paragraph 3 above, then Charter shall produce to KPM all responsive documents in its possession, custody, or control within two (2) days of the expiration of such objection period.

5. If any subscriber(s) file(s) an objection pursuant to this Order within the objection period described by paragraph 3 above, Charter shall produce to KPM all responsive documents in its possession, custody, or control within two (2) days of any Order overruling, dismissing, or otherwise denying such objection.

SO ORDERED.

Dated: _____