# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re Subpoena to*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　*Respondent,*<br><br>　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br><br>　*Movants.* | Civil Case No. 3:23-mc-51-SVN |
| IEP TECHNOLOGIES, LLC,<br><br>　*Plaintiff / Counter-Defendant,*<br><br>　v.<br><br>KPM ANALYTICS, *et al.*,<br><br>　*Defendants / Counter-Claimants.* | Civil Action No.<br>1:21-cv-10417-RWZ<br>(D. Mass.) |

## MOVANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Movants KPM Analytics, Incorporated f/k/a Statera Analytics, Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation state: (1) KPM Analytics North America Corporation is a wholly owned subsidiary of KPM Analytics, Incorporated; and (2) no publicly held corporation owns 10% or more of KPM Analytics, Incorporated's stock.

        Respectfully submitted,

        KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,

        By their attorneys,

        */s/ Aaron D. Rosenberg*
        Aaron D. Rosenberg (ct29518)
        SHEEHAN PHINNEY BASS & GREEN, PA
        28 State Street, 22nd Floor
        Boston, MA 02109
        (617) 897-5600
        arosenberg@sheehan.com

        Charles M. Landrum, III
        (motion for *pro hac vice* admission to be filed)
        *c.landrum@thip.law*
        THOMAS | HORSTEMEYER LLP
        3200 Windy Hill Rd SE Suite 1600E
        Atlanta, Georgia 30339
        Telephone:  770.933.9500
        Facsimile:  770.951.0933

Dated: May 30, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2023, the foregoing document was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record. I further served the foregoing document by email on counsel to all parties.

                                                         */s/ Aaron D. Rosenberg*
                                                         Aaron D. Rosenberg